**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Nova Directional, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | Nevis Directional Drilling Services, LLC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 36-4678305 |
| 4. | Debtor's address | **Principal place of business**<br>11402 Garden Shadow Lane<br>Cypress, TX 77433<br>Number, Street, City, State & ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box 1862<br>Cypress, TX 77410<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>12227 FM 529, Building I and J, Houston, TX 77041<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.novadirectional.com |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

7. Describe debtor's business

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
   213111

8. Under which chapter of the Bankruptcy Code is the Debtor filing?

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*
   
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
   
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ☐ A plan is being filed with this petition.
   
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   
   ■ No
   ☐ Yes.
   
   If more than 2 cases, attach a separate list.
   
   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    
    ■ No
    ☐ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    Debtor _____  Relationship to you _____
    District _____  When _____  Case number, if known _____

11. **Why is the case filed in this district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
    Number, Street, City, State & ZIP Code

    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ☐ 50-99
    ☐ 100-199
    ☒ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**

    ☐ $0 – $50,000
    ☐ $50,001 – $100,000
    ☐ $100,001 – $500,000
    ☐ $500,001 – $1 million
    ☒ $1,000,001 – $10 million
    ☐ $10,000,001 – $50 million
    ☐ $50,000,001 – $100 million
    ☐ $100,000,001 – $500 million
    ☐ $500,000,001 – $1 billion
    ☐ $1,000,000,001 – $10 billion
    ☐ $10,000,000,001 – $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 – $50,000
    ☐ $50,001 – $100,000
    ☐ $100,001 – $500,000
    ☐ $500,001 – $1 million
    ☒ $1,000,001 – $10 million
    ☐ $10,000,001 – $50 million
    ☐ $50,000,001 – $100 million
    ☐ $100,000,001 – $500 million
    ☐ $500,000,001 – $1 billion
    ☐ $1,000,000,001 – $10 billion
    ☐ $10,000,000,001 – $50 billion
    ☐ More than $50 billion

### Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/16/2015
            MM / DD / YYYY

X _____          Edward Chiaramonte
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X _____          Date  12/16/2015
Signature of attorney for debtor                    MM / DD / YYYY

Meritt Crosby
Printed name

Kilmer Crosby & Walker PLLC
Firm name

3102 Maple Ave., Suite 240
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone  214-731-3111    Email address  mcrosby@kcw-lawfirm.com

24050462
Bar number and State

**United States Bankruptcy Court**
**Southern District of Texas**

In re   Nova Directional, Inc.                                                   Case No. _____
                                                Debtor(s)                         Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 16 Dec 2015        _____
                          Edward Chiaramonte/President
                          Signer/Title

# United States Bankruptcy Court
## Southern District of Texas

In re    Nova Directional, Inc.      Debtor(s)      Case No.      Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andres Puente<br>14210 Sandhill Crane Dr<br>Houston, TX 77044 | Capital Stock | 10 | Equity Interest |
| Edward Chiaramonte<br>11402 Garden Shadows<br>Cypress, TX 77433 | Capital Stock | 200 | Equity Interest |
| Joe Harper<br>3315 Wellspring Lake Dr<br>Fulshear, TX 77441 | Capital Stock | 27 | Equity Interest |
| Mike Krajnik<br>135 Port Drive<br>San Leon, TX 77539 | Capital Stock | 180 | Equity Interest |
| Rafael Rangel<br>9526 Deer Path Lane<br>Magnolia, TX 77354 | Capital Stock | 100 | Equity Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    16 Dec 2015      Signature    /s/ Edward Chiaramonte

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

*Exhibit B-2 to Appendix 5005: If filing "bare-bones" petition, matrix, & 20 largest unsecured list.*

**United States Bankruptcy Court**

**Southern District of Texas**

In re   Nova Directional, Inc.                                                                    Case No.
                                                            Debtor(s)                              Chapter   11

### DECLARATION FOR ELECTRONIC FILING OF
### BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 16 Dec 2015                    Edward Chiaramonte, President         President

**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   12/16/2015

Meritt Crosby 24050462, Attorney for Debtor
3102 Maple Ave., Suite 240
Dallas, TX 75201
214-731-3111 Fax:214-731-3117

**Fill in this information to identify the case:**

Debtor name: Nova Directional, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 16 Dec 2015      x _____ [signature]
                              Signature of individual signing on behalf of debtor

**Edward Chiaramonte**
Printed name

**President**
Position or relationship to debtor

**United States Bankruptcy Court**
**Southern District of Texas**

In re   **Nova Directional, Inc.**                                    Case No.
                                    Debtor(s)                         Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nova Directional, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

12/16/2015
Date

**Meritt Crosby 24050462**
Signature of Attorney or Litigant
Counsel for   **Nova Directional, Inc.**
Kilmer Crosby & Walker PLLC
3102 Maple Ave., Suite 240
Dallas, TX 75201
214-731-3111 Fax:214-731-3117
mcrosby@kcw-lawfirm.com

\*\* This figure represents a prepetition drawdown on a $125,000.00 retainer which was received from the debtor by debtor's counsel prior to the petition date.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Nova Directional, Inc.**                                                        Case No. _____
                          Debtor(s)                                                              Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                             $   **47,844.00 (hourly)\*\***
   Prior to the filing of this statement I have received                   $   **47,844.00**
   Balance Due                                                             $   **0.00**

2. $ **1,717.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor   ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Consulting with and advising the Debtor with respect to the powers and duties of a Chapter 11 debtor in the continued management and operation of the Debtor's business and properties;**

      **Assisting and advising the Debtor in its consultations relative to the administration of this case;**

      **Assisting the Debtor in preparing pleadings and applications as may be necessary in furtherance of the Debtor's interests and objectives;**

      **Reviewing and analyzing all applications, orders, statements of operations and schedules filed with the Court and advising the Debtor regarding same;**

      **Advising the Debtor of its responsibilities to the unsecured creditors and to the investors and direct necessary communication with same, including attendance at meetings and negotiations with representatives of creditors and investors, their respective counsel, and other parties-in-interest;**

      **Assisting the Debtor in analyzing the claims of the creditors and in negotiating with such creditors;**

      **Taking all necessary action to protect and preserve the assets of the estate, including the prosecution of actions on behalf of the Debtor, the defense of any actions commenced against the Debtor, negotiations concerning all litigation in which the Debtor is a party, and objections to claims filed against the estate;**

      **Preparing on behalf of the Debtor all motions, applications, answers, orders, reports, and other legal papers and documents necessary to the administration of the estate;**

      **Preparing on the Debtor's behalf a plan of reorganization and accompanying disclosure statement, any amendments to the plan or disclosure statement, any related agreements and/or documents, and taking any**

In re    **Nova Directional, Inc.** _____    Case No. _____
                         Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

necessary action on behalf of the Debtor to obtain confirmation of the plan;

Advising the Debtor in connection with any potential sales of assets;

Advising and assisting the Debtor in connection with its investigation of the Debtor's management's acts and conduct and in connection with the operation of the Debtor's businesses, including investigation into whether there was fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management and the affairs of the Debtor and the causes of action which the estate may have in relation thereto;

Appearing before this Court and any state courts and appellate courts, as necessary, on behalf of the Debtor to protect the interests of the estate before such courts;

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/16/15
_Date_

**Meritt Crosby 24050462**
_Signature of Attorney_
**Kilmer Crosby & Walker PLLC**
**3102 Maple Ave., Suite 240**
**Dallas, TX 75201**
**214-731-3111   Fax: 214-731-3117**
**mcrosby@kcw-lawfirm.com**
_Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name: Nova Directional, Inc.

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | B&T Rentals | PO Box 80962<br>Lafayette, LA, 70598-0962 | Rental Drilling Tools | | | | $83,113.68 |
| 2 | Multi-Shot, LLC | PO Box 201567<br>Dallas, Tx 75320-1567 | Rental Drilling Tools | | | | $78,888.34 |
| 3 | Cypress Fairbanks ISD Tax Assessor | PO Box 203908<br>Houston, TX 77216-3908 | Cypress Fairbanks ISD Tax | | | | $76,547.48 |
| 4 | Dash Drilling Products | 1100 Deer Hill Drive<br>Bryan, TX 77807<br>keith@dashdrilliing.com | MUD Drilling Motor Rentals | | | | $20,390.09 |
| 5 | Pacific MWD | 8250 West Little York Road<br>Houston, TX 77040 | MWD Repairs and Parts | | | | $4,910.49 |
| 6 | C. Paul Schubert, P.C. | 10700 Richmond Avenue Suite 219 Houston, TX 77042-4900<br>paul@cpscpa.net | Federal and State Tax Preparation | | | | $3,082.50 |
| 7 | Stone Trucking Company | Dept #1605, PO Box 11407<br>Birmingham, AL 35246-1605 | Tool Transportation | | | | $969.95 |
| 8 | A-1 NDT Inspection Services, LLC | 16844 Greenhouse Street<br>Conroe, TX 77385 | Drilling Tool Inspection and Repairs | | | | $404.00 |

Debtor    Nova Directional, Inc.
_____
           Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ARMS | 3675 Crestwood Parkway, Suite 350 Duluth, GA 30096 | State Registration and Representation Service | | | | $131.00 |
| 10 | Shannon Shorter | c/o Michael A. Josephson Fibish, Leebron, Copeland Briggs & Josephson 1150 Bissonnet St. Houston, TX  77005 mjosephson@fibichlaw.com | Litigation Claim Under Fair Labor Standards Act | Contingent Disputed | | | $0.00 |
| 11 | Matthew Taylor | c/o Michael A. Josephson Fibish, Leebron, Copeland Briggs & Josephson 1150 Bissonnet St. Houston, TX  77005 mjosephson@fibichlaw.com | Litigation Claim Under Fair Labor Standards Act | Contingent Disputed | | | $0.00 |
| 12 | Midsouth Bank | 1912 Texas, Ave. S | Equipment Loans | | $2,468,858.00 | | unknown |
| 13 | Capital CDC | 250 S. Capital of TX Highway Building I, Suite 600 Austin, TX 78746 | Equipment Loans | | $1,596,261.00 | | unknown |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2