KENNETH MAGIDSON
United States Attorney
ANDREW F. BAKA
Special Assistant U.S. Attorney
Texas Bar No. 01562700
U. S. Small Business Administration
4300 Amon Carter Blvd., Suite 114
Fort Worth, Texas 7615
817.684.5509
817.684.5516 (fax)
andrew.baka@sba.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NOVA DIRECTIONAL, INC. | § | CASE NO. 15-36563-lzp11 |
| | § | |
| DEBTOR | § | |

NOTICE OF APPEARANCE AND REQUEST FOR
COPIES OF ALL ORDERS, NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of

the U.S. Small Business Administration, by and through the United States Attorney for the

Northern District of Texas, a secured creditor and party-in-interest in the above-referenced

proceedings.  The undersigned hereby request notice and copies of all motions, notices, reports,

briefs, pleadings, applications, adversary proceedings, proposed orders, conformed copies of

orders, complaints, demands, hearings, requests for petitions, disclosure statements, plans,

answering or replying papers, memoranda, brief in support of any of the foregoing and other

documents or instruments filed in the above-referenced proceedings and any other matter in

which notice is required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b),

3017(a) and 9013 of the Federal Rules of Bankruptcy Procedure. Copies should be mailed to the

undersigned at the address set forth below:

Andrew F. Baka
United States Small Business Administration
4300 Amon Carter Blvd., Suite 114
Fort Worth, Texas 76155

Dated this 22nd day of December 2015.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

ANDREW F. BAKA
Special Assistant U. S. Attorney
Texas Bar No. 01562700
U.S. Small Business Administration
4300 Amon Carter Blvd., Suite 114
Fort Worth, Texas  76155
817.684.5509
817.684.5516 (FAX)
andrew.baka@sba.gov

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the forgoing to be served on the persons identified below, at the addresses shown below, postage prepaid, U.S. first class mail, on December 22, 2015.

Nova Directional, Inc.
PO Box 1862
Cypress, Texas  77410

Meritt Crosby
Attorney at Law
3102 Maple Ave., Suite 240
Dallas, Texas  75201

US Trustee
515 Rusk Ave., Suite 3516
Houston,, Texas  77002

ANDREW F. BAKA