# Exhibit A

Kilmer Crosby & Walker PLLC  
3102 Maple  
Suite 240  
Dallas, TX 75201  
United States  
2147313111



## Invoice

| | |
|---|---|
| Invoice # | 00370 |
| Invoice Date | January 05, 2016 |
| Due Date | |
| Balance Due | $15,125.50 |
| Payment Terms | |
| Case / Matter | Nova Directional, Inc. (Chapter 11 Proceeding) |

Rafael Rangel

For services rendered between December 01, 2015 and December 31, 2015

## Time Entries

| | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| B110 | 12/16/2015 | SAQ | Draft Pleadings | Revising post-petition filings and preparing creditor matrix. | 325.00 | 1.0 | 325.00 |
| B110 | 12/16/2015 | BAK | Correspondence | Multiple calls with client on filing issues; review and revise first day pleadings | 395.00 | 1.8 | 711.00 |
| B110 | 12/17/2015 | MC | Draft Pleadings | Draft proposed master service list in connection with motion to establish notice procedures. | 350.00 | 1.2 | 420.00 |
| B110 | 12/17/2015 | SAQ | Correspondence | Correspondence with client regarding contact information for creditors for purpose of notice. | 325.00 | 0.2 | 65.00 |
| B110 | 12/17/2015 | MC | Document Review | Finalize, aggregate and file first day motions. Correspondence with clerk regarding shifting of first day hearings from Judge Paul to Judge Isgur. Correspondence with S. Quadros, B. Kilmer regarding related issues. | 350.00 | 3.2 | 1120.00 |
| B150 | 12/17/2015 | SAQ | Correspondence | Correspondence with counsel, creditors and all parties to be noticed regarding first day pleadings. | 325.00 | 1.0 | 325.00 |
| B110 | 12/17/2015 | BAK | Correspondence | Multiple correspondence and calls with client on hearing, case issues; Multiple correspondence with court and US Trustee on case and hearing issues; reviewing notices from bankruptcy court | 395.00 | 2.3 | 908.50 |
| B150 | 12/18/2015 | MC | Correspondence | Correspondence with Wells Fargo regarding omitted bank account on motion to maintain bank accounts, requested verbiage in proposed order. | 350.00 | 0.2 | 70.00 |
| B110 | 12/18/2015 | SAQ | Correspondence | Receipt and review of correspondence from US Trustee's office and subsequent phone call to Trustee's trial counsel. | 325.00 | 1.0 | 325.00 |
| B110 | 12/18/2015 | SAQ | Correspondence | Numerous e-mails to client regarding post-petition filings and notices and responses to US Trustee's questions. | 325.00 | 1.5 | 487.50 |

| | Date | Initials | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| B110 | 12/18/2015 | BAK | Correspondence | Multiple correspondence and calls with client on hearing, case issues; Multiple correspondence with court and US Trustee on case and hearing issues; reviewing more correspondence from court on bad addresses; reviewing correspondence from the banks | 395.00 | 1.3 | 513.50 |
| B150 | 12/18/2015 | SAQ | Correspondence | Correspondence with representative from Well Fargo (secured lender to Nova) regarding amendment of cash management order and whether orders regarding stop payment of checks were necessary. | 325.00 | 0.6 | 195.00 |
| B110 | 12/19/2015 | MC | Correspondence | Correspondence with B. Kilmer regarding changes to proposed orders. Review correspondence from US Trustee in connection therewith. Aggregate original versions of proposed orders. Email to B. Kilmer in connection therewith. | 350.00 | 0.2 | 70.00 |
| B110 | 12/20/2015 | SAQ | Correspondence | E-mails and telephone calls with client seeking additional information regarding Midsouth Bank and Employee in Louisiana to address US Trustee's questions. | 325.00 | 1.0 | 325.00 |
| B110 | 12/21/2015 | BAK | Hearing Preparation | Reviewing documents for potential exhibits for first day motion hearing; preparing witness & exhibit list for same; Preparing outline for first day hearing motion; preparing witness script and telephone conference with R.Rangel regarding testimony; Revising orders to reflect comments of E.Hickman and counsel for Wells Fargo; General preparation for first day hearing, pre-hearing meeting with client regarding hearing and testimony; attend first day hearings on same; | 395.00 | 8.5 | 3357.50 |
| B110 | 12/21/2015 | MC | Case Maintenance | Finalize and file amended proposed orders for first day motions. | 350.00 | 0.8 | 280.00 |
| B140 | 12/22/2015 | BAK | Document Review | Reviewing orders and drafting multiple correspondence to client regarding next steps; Correspondence with M.Crosby regarding motion to make adequate protection payments | 395.00 | 1.2 | 474.00 |
| B110 | 12/22/2015 | MC | Case Maintenance | Aggregate and input all new creditors and interested parties into master and truncated service lists. | 350.00 | 0.5 | 175.00 |
| B150 | 12/22/2015 | SAQ | Correspondence | Review and respond to numerous e-mails between vendors and banks regarding notices and documents required to stop pre-petition checks. | 325.00 | 0.5 | 162.50 |
| B220 | 12/23/2015 | BAK | Correspondence | Multiple correspondence on pending issues in the case with client; Reviewing documents in preparation for call regarding potential need to obtain additional approval related to hourly wage employees and pending items | 395.00 | 2.4 | 948.00 |
| B140 | 12/23/2015 | MC | Research | Research on adequate protection in context of equipment lessors. | 350.00 | 0.4 | 140.00 |
| B220 | 12/23/2015 | MC | Correspondence | Correspondence with B. Kilmer regarding potential motion for amended order to payroll motion. | 350.00 | 0.1 | 35.00 |

| | Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| B220 | 12/23/2015 | MC | Draft Pleadings | Draft emergency motion to amend order partially granting payroll motion. | 350.00 | 2.3 | 805.00 |
| B220 | 12/24/2015 | BAK | Document Review | Reviewing potential exhibits for new motion; Telephone conference and correspondence with R.Rangel regarding same | 395.00 | 0.7 | 276.50 |
| B220 | 12/26/2015 | BAK | Correspondence | Review document on benefits and multiple correspondence regarding same with R.Rangel | 395.00 | 0.4 | 158.00 |
| B220 | 12/27/2015 | BAK | Draft Pleadings | Review documents from Nova surrounding hourly pay and multiple correspondence with R.Rangel and E.Chiaramonte regarding questions surrounding same; Revising draft of motion to amend to reflect documents from client and draft order and multiple correspondence with R.Rangel regarding same | 395.00 | 2.1 | 829.50 |
| B110 | 12/28/2015 | BAK | Draft Pleadings | Multiple correspondence with client regarding insurance motion (.3); drafting notice of withdrawal regarding same (.3); Correspondence with S.Quadros regarding notice issues (.2); prepare exhibits and final motion to amend (.5); multiple correspondence with R.Rangel on upcoming case issues (.3) | 395.00 | 1.6 | 632.00 |
| B110 | 12/28/2015 | SAQ | Correspondence | Review and transmit filed pleadings to secured creditors and top 20 creditor list. | 325.00 | 0.5 | 162.50 |
| B110 | 12/29/2015 | BAK | Correspondence | Correspondence regarding administrative issues | 395.00 | 0.3 | 118.50 |
| B150 | 12/30/2015 | BAK | Correspondence | Multiple correspondence with creditors regarding case (.3); Correspondence regarding initial debtor report with R.Range (.3) | 395.00 | 0.6 | 237.00 |
| B110 | 12/31/2015 | BAK | Document Review | Reviewing UST procedures with R.Rangel; review drafts of initial debtor report and telephone conference with R.Rangel regarding comments to same and discussing documents to be sent as part of initial report to UST | 395.00 | 1.2 | 474.00 |
| | | | | Totals: | | 40.6 | $15,125.50 |

| | |
|---|---|
| Time Entry Sub-Total: | 15,125.50 |
| Sub-Total: | 15,125.50 |
| Total: | 15,125.50 |
| Amount Paid: | 0.00 |
| Balance Due: | $15,125.50 |

Kilmer Crosby & Walker PLLC  
3102 Maple  
Suite 240  
Dallas, TX 75201  
United States  
2147313111



# Invoice

| | |
|---|---|
| Invoice # | 00377 |
| Invoice Date | February 01, 2016 |
| Due Date | |
| Balance Due | $44,577.00 |
| Payment Terms | |
| Case / Matter | Nova Directional, Inc. (Chapter 11 Proceeding) |

Rafael Rangel

## Time Entries

| | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| B110 | 12/18/2015 | BAK | Correspondence | Multiple correspondence with client regarding pending issues; Multiple correspondence with US Trustee regarding questions regarding first day motions; strategizing regarding first day hearing | 395.00 | 2.6 | 1027.00 |
| B150 | 01/04/2016 | BAK | Correspondence | Multiple correspondence with creditors regarding case; correspondence with client on pending issues | 395.00 | 0.6 | 237.00 |
| B110 | 01/04/2016 | SAQ | Correspondence | Correspondence with client regarding correction of service addresses | 325.00 | 0.4 | 130.00 |
| B110 | 01/05/2016 | BAK | Correspondence | Review documents in preparation for call with client (.8); Telephone conference with R.Rangel regarding status of case and next steps (.7) | 395.00 | 1.5 | 592.50 |
| B110/ B150/ B160 | 01/06/2016 | BAK | Correspondence | Reviewing documents and telephone conference with R.Rangel regarding case status and strategy going forward (1.3); Correspondence with creditors in case (.2); Draft and finalize retention application and exhibits (2.2); Revise 2016(b) statement (.5); | 395.00 | 4.2 | 1659.00 |
| B110 | 01/06/2016 | MC | Case Maintenance | Update creditor matrix to correct erroneous addresses. | 350.00 | 0.4 | 140.00 |
| B110 | 01/06/2016 | MC | Correspondence | Correspondence with B. Kilmer, client regarding preparation of statements and schedules. | 350.00 | 0.1 | 35.00 |
| B160 | 01/06/2016 | SAQ | Draft Pleadings | Finalize and file motion to retain and employ counsel and disclosure statement | 325.00 | 1.0 | 325.00 |
| B110 | 01/07/2016 | BAK | Meeting | Reviewing documents in preparation for initial debtor conference (.8); pre-meeting and calls with R.Rafael regarding same (.7); Attend initial debtor conference (1.0); correspondence with creditors regarding case (.3); Correspondence with client regarding payment of wage claims (.3) | 395.00 | 3.1 | 1224.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B110 | 01/07/2016 | MC | Correspondence | Correspondence with P. May regarding preparation of statements and schedules. | 350.00 | 0.8 | 280.00 |
| B110 | 01/07/2016 | SAQ | Instrument Creation | Prepare mailing matrix and filed documents for transmission to 331 potential creditors or claimants. | 325.00 | 1.0 | 325.00 |
| B110 | 01/08/2016 | MC | Case Maintenance | Update creditor matrix to reflect parties filing notices of appearance. Update master service list. | 350.00 | 0.4 | 140.00 |
| B110 | 01/08/2016 | SAQ | Correspondence | Correspondence with clients Ed Chiaramonte and Patti May regarding updated creditor matrix addresses | 325.00 | 0.2 | 65.00 |
| B310 | 01/08/2016 | BAK | Correspondence | Reviewing pleadings and proofs of claim filed in the case | 395.00 | 0.5 | 197.50 |
| B220 | 01/10/2016 | BAK | Draft Pleadings | Drafting motion to pay above the amounts set forth in 507(a)(2.5); Correspondence with S.Quadros regarding research issue related to same (.2); Multiple correspondence with client surrounding questions and comments regarding draft (.7) | 395.00 | 3.4 | 1343.00 |
| B220 | 01/11/2016 | SAQ | Draft Pleadings | Finalize and file motion to pay salaries above priority cap | 325.00 | 1.0 | 325.00 |
| B110/ B220/ B310 | 01/11/2016 | BAK | Correspondence | Finalizing draft of motion to pay amounts above 507(a)(4) cap to incorporate client comments and additional points (.6); drafting order related to same (.2); Reviewing proofs of claim filed in the case of the taxing authorities and correspondence with client regarding same (.3); Multiple correspondence with client regarding upcoming meetings (.2); Correspondence with M.Crosby and clients regarding status of statements and schedules and follow-up on information requested by US Trustee's office at Initial Debtor Conference (.3); Reviewing notes and documents and drafting agenda for status and strategy meeting with client (.7): correspondence with E.Hickman on motion (.3) | 395.00 | 2.6 | 1027.00 |
| B110/ B150/ B220 | 01/12/2016 | BAK | Correspondence | Correspondence with E.Hickman regarding questions on motion (.2); attend meeting with client on status and strategy in the case (1.0); multiple correspondence with creditors in the case (.4); reviewing correspondence and court notice regarding hearing on motion and correspondence with client regarding same (.2); correspondence R.Rangel and review of documents surrounding CDC issues (.4); Correspondence with E.Chiaramonte and review of documents regarding Joe Harper shares (.4) | 395.00 | 2.6 | 1027.00 |
| B110 | 01/12/2016 | MC | Draft Pleadings | Draft statements and schedules for debtor. Correspondence with client in connection therewith. | 350.00 | 6.8 | 2380.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B110 | 01/13/2016 | BAK | Document Review | Reviewing statements and schedules and drafting detailed correspondence to M.Crosby regarding modifications to same and numerous follow-up calls and correspondence with R.Rangel and E.Chiaramonte regarding same (1.5); Telephone conference with representative with CDC (.4); Telephone conference with R.Rangel and litigation counsel in preparation for 341 meeting (.5); Drafting witness and exhibit list for Friday hearing (.3); Preparation for hearing on motion to pay and calls with client regarding same (1.2); | 395.00 | 3.9 | 1540.50 |
| B310 | 01/13/2016 | MC | Correspondence | Prepare for an engagement in correspondence with R. Rangel regarding revisions to statements and schedules. Retrieve and send New Tech proof of claim to client for review as to validity. | 350.00 | 0.7 | 245.00 |
| B110 | 01/13/2016 | MC | Draft Pleadings | Revise, finalize, and file statements and schedules. Multiple correspondence with client, B. Kilmer regarding same. | 350.00 | 8.5 | 2975.00 |
| B220 | 01/13/2016 | MC | Research | Research on propriety of attributing employer side payroll taxes to 507(a)(4) cap. | 350.00 | 0.9 | 315.00 |
| B110 | 01/13/2016 | MC | Correspondence | Correspondence with P. May regarding accounting procedures in connection with preparation of schedules and statements. | 350.00 | 0.4 | 140.00 |
| B110 | 01/14/2016 | BAK | Hearing | Pre-meeting with client for 341 meeting (.7); attend 341 meeting (1.0); Preparation for hearing on motion to pay critical employees (2.0); Reviewing correspondence related to potential critical vendor issues and correspondence with E.Chiaramonte regarding same (.5) | 395.00 | 4.2 | 1659.00 |
| B220 | 01/14/2016 | MC | Research | Research Colliers to determine whether 507(a)(4) encompasses gross or net wages. | 350.00 | 0.2 | 70.00 |
| B220 | 01/15/2016 | BAK | Hearing | Final preparation for hearing on motion to pay employees (.7); pre-hearing meeting with client (.5); attend hearing (.6); review correspondence related to lien on customer's well and correspondence with E.Chiaramonte regarding same (.3) | 395.00 | 2.1 | 829.50 |
| B110 | 01/15/2016 | MC | Case Maintenance | Aggregate and send filed statements and schedules to client. | 350.00 | 0.2 | 70.00 |
| B110 | 01/16/2016 | BAK | Document Review | Review Joe Harper documents and correspondence with E.Chiaramonte and R.Rangel regarding same | 395.00 | 0.3 | 118.50 |
| B240 | 01/17/2016 | BAK | Draft Pleadings | Researching and drafting motion to pay Ad Valorem taxes (1.5); Researching and drafting crtical vendor motion (1.5); | 395.00 | 3.0 | 1185.00 |
| B240 | 01/18/2016 | BAK | Draft Pleadings | Drafting motion to pay Ad Valorem taxes and correspondence with E.Chiaramonte regarding same (.5); Researching and drafting critical vendor motion and correspondence with E.Chiaramonte regarding same (.5); Correspondence with E.Chiaramonte regarding MOR's (.3) | 395.00 | 1.3 | 513.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B240/B110 | 01/19/2016 | BAK | Draft Pleadings | Finalizing motion to pay Ad Valorem taxes and correspondence with E.Chiaramonte regarding same and drafting related order (1.5); Finalizing critical vendor motion and correspondence with E.Chiaramonte regarding same and drafting related order(1.3); Analyzing and doing research on J.Harper shares and correspondence with E.Chiaramonte regarding same (.8) | 395.00 | 3.6 | 1422.00 |
| B110 | 01/20/2016 | MC | Case Maintenance | Update master service list. Correspondence with S. Quadros in connection therewith. | 350.00 | 0.1 | 35.00 |
| B110/B240 | 01/20/2016 | BAK | Document Review | Reviewing draft of MOR and correspondence and call with P.May and E.Chiaramonte and S.Quadros regarding filing (.5); finalizing pleadings on critical vendor and payment of ad valorem and correspondence with S.Quadros regarding same (.4) | 395.00 | 0.9 | 355.50 |
| B110 | 01/20/2016 | SAQ | Draft Pleadings | Revise, file, and serve emergency motion to pay critical vendor, emergency motion to pay prepetition taxes, supplemental declaration to support retention of counsel, and monthly operating report. | 325.00 | 2.0 | 650.00 |
| B110 | 01/20/2016 | SAQ | Correspondence | Correspondence with court clerk regarding setting of emergency hearing. | 325.00 | 0.5 | 162.50 |
| B320 | 01/21/2016 | BAK | Correspondence | Multiple correspondence with client regarding status of pending items and discussion of plan terms | 395.00 | 0.3 | 118.50 |
| B240 | 01/22/2016 | SAQ | Draft Pleadings | Draft, file, and serve, notice of hearing on emergency motions to pay ad valorem taxes and critical vendor. | 325.00 | 0.7 | 227.50 |
| B110 | 01/22/2016 | BAK | Correspondence | Correspondence regarding creditor issues with P.May (.3); multiple correspondence regarding hearing with E.Chiaramonte and court and S.Quadros regarding notice (.5) | 395.00 | 0.8 | 316.00 |
| B240/B320 | 01/25/2016 | BAK | Correspondence | Multiple correspondence with client and US Trustee regarding hearing on motions (.5); Prepare for hearing (2.5); outline reorganization plan (.5) | 395.00 | 3.5 | 1382.50 |
| B240 | 01/25/2016 | SAQ | Draft Pleadings | Draft, file, and serve witness and exhibit list for hearing on emergency motions to pay vendor and ad valorem taxes. | 325.00 | 0.5 | 162.50 |
| B240 | 01/26/2016 | BAK | Hearing | Hearing preparation and attend hearing (cancelled by Court) (1.5); Multiple correspondence with court and client regarding rescheduling hearing and drafting notice of same (.5); multiple correspondence regarding creditor meeting with client and special counsel (.3) | 395.00 | 2.3 | 908.50 |
| B240 | 01/26/2016 | SAQ | Draft Pleadings | Draft, file, and serve notice of reschedule hearing on Debtor's motion to pay ad valorem taxes and critical vendor. | 325.00 | 0.7 | 227.50 |
| B240 | 01/28/2016 | BAK | Correspondence | Multiple correspondence regarding hearing with E.Chiaramonte | 395.00 | 0.2 | 79.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B240 | 01/29/2016 | BAK | Hearing | Prehearing preparation and client meeting in preparation for hearing (1.3): attend hearing (.7); post-hearing meeting with client and with creditor (.4) | 395.00 | 2.4 | 948.00 |
| B110 | 02/01/2016 | BAK | Correspondence | Telephone Conferences with creditors in case (.3); Strategy conference call with E.Chiaramonte and R.Rangel (.5) | 395.00 | 0.8 | 316.00 |
| | | | | Totals: | | **78.2** | **$29,451.50** |

## Unpaid Invoice Balance Forward

| Invoice # | Invoice Total | Amount Paid | Due Date | Balance Forward |
|---|---|---|---|---|
| 00370 | $15,125.50 | $0.00 | -- | 15125.50 |
| | | | Balance Forward: | **$15,125.50** |

| | |
|---|---|
| Time Entry Sub-Total: | 29,451.50 |
| **Sub-Total:** | 29,451.50 |
| Balance Forward: | 15,125.50 |
| Total: | 44,577.00 |
| Amount Paid: | 0.00 |
| **Balance Due:** | **$44,577.00** |