Kilmer Crosby & Walker PLLC
3102 Maple
Suite 240
Dallas, TX 75201
United States
2147313111



## Invoice

| | |
|---|---|
| Invoice # | 00420 |
| Invoice Date | April 20, 2016 |
| Due Date | |
| Balance Due | $14,569.00 |
| Payment Terms | |
| Case / Matter | Nova Directional, Inc. (Chapter 11 Proceeding) |

Rafael Rangel

For services rendered between February 01, 2016 and March 31, 2016

### Time Entries

| | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| B310 | 02/02/2016 | BAK | Correspondence | Review proofs of claim of IRS and BT Rentals and correspondence with client regarding same (.3); Correspondence with client and counsel for Multishot regarding payment of critical vendor claim (.3) | 395.00 | 0.6 | 237.00 |
| B320 | 02/04/2016 | BAK | Meeting | Meeting with client to discuss negotiations with Lenders on restructuring of loans as part of plan of reorganization and general plan discussion | 395.00 | 1.7 | 671.50 |
| B310 | 02/04/2016 | BAK | Correspondence | Multiple correspondence on claim issues with R.Rangel and E.Chiaramonte | 395.00 | 0.5 | 197.50 |
| B160 | 02/05/2016 | BAK | Draft Pleadings | Drafting notice of retainer draw-down and finalizing exhibits to same (1.5); correspondence with E.Hickman regarding same (.2) | 395.00 | 1.7 | 671.50 |
| B110 | 02/05/2016 | SAQ | File & Serve Pleadings | File Notice of Distribution of Retainer, Update creditor matrix and correspond with third-party mailing service to ensure reproduction and service to all parties. | 325.00 | 1.0 | 325.00 |
| B310 | 02/09/2016 | BAK | Correspondence | Review detailed correspondence from creditors in the case and correspondence with client regarding claims asserted and attempt to resolve same | 395.00 | 0.5 | 197.50 |
| B150 | 02/10/2016 | BAK | Correspondence | Multiple correspondence with creditors in case | 395.00 | 0.3 | 118.50 |
| B310 | 02/10/2016 | BAK | Correspondence | Telephone conference with E.Chiaramonte and R.Rangel regarding claims resolution with plaintiffs | 395.00 | 0.5 | 197.50 |
| B310 | 02/11/2016 | BAK | Correspondence | Draft settlement letter and correspondence with E.Chiaramonte and R.Rangel regarding same | 395.00 | 0.8 | 316.00 |

| | Date | Atty | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| B150 | 02/11/2016 | BAK | Correspondence | Telephone correspondence with creditors in the case (.3); review letter from Dash and examine and outline legal issues related to same (.3) | 395.00 | 0.6 | 237.00 |
| B150 | 02/12/2016 | BAK | Correspondence | Telephone conference with E.Chiaramonte regarding letter from creditor | 395.00 | 0.3 | 118.50 |
| B150 | 02/17/2016 | BAK | Correspondence | Correspondence with creditors in the case | 395.00 | 0.3 | 118.50 |
| B110 | 02/17/2016 | BAK | Correspondence | Multiple correspondence with E.Chiaramonte regarding monthly operating reports | 395.00 | 0.2 | 79.00 |
| B320 | 02/18/2016 | BAK | Correspondence | Drafting correspondence related to plan options with client | 395.00 | 0.3 | 118.50 |
| B140 | 02/18/2016 | BAK | Correspondence | Multiple correspondence with counsel for Mid-South | 395.00 | 0.3 | 118.50 |
| B110 | 02/19/2016 | BAK | Correspondence | Correspondence with client regarding potential amendments to schedules | 395.00 | 0.2 | 79.00 |
| B140 | 02/19/2016 | BAK | Correspondence | Telephone conference with G.Coker regarding Midsouth claims, adequate protection, cash collateral issues | 395.00 | 0.4 | 158.00 |
| B110 | 02/19/2016 | SAQ | File & Serve Pleadings | File and serve monthly operating report for January 2016. | 325.00 | 0.3 | 97.50 |
| B110 | 02/22/2016 | BAK | Correspondence | Multiple correspondence with creditors in case | 395.00 | 0.3 | 118.50 |
| B140 | 02/23/2016 | BAK | Correspondence | Review loan documents and research UCC law on lien issues (.8); multiple correspondence and calls with client and with counsel for Mid-South regarding same and review additional documents provided by client and by counsel for Mid-South (2.5); | 395.00 | 3.3 | 1303.50 |
| B140 | 02/23/2016 | BAK | Correspondence | Correspondence with H.Hamm regarding lien letter | 395.00 | 0.2 | 79.00 |
| B140 | 02/24/2016 | BAK | Correspondence | Multiple correspondence and calls with client and counsel for Mid-South potential meetings and regarding lien issues | 395.00 | 0.6 | 237.00 |
| B140 | 02/25/2016 | BAK | Correspondence | Multiple correspondence and calls with client and counsel for Mid-South regarding lien issues and adequate protection and potential meeting | 395.00 | 1.2 | 474.00 |
| B140 | 02/26/2016 | BAK | Meeting | Prepare for and attend meeting with Mid-South | 395.00 | 2.5 | 987.50 |
| B310 | 02/29/2016 | BAK | Correspondence | Correspondence with clients regarding IRS amended claim and review of same | 395.00 | 0.2 | 79.00 |
| B150 | 03/01/2016 | BAK | Correspondence | Multiple correspondence regarding creditor issues | 395.00 | 0.3 | 118.50 |
| B150 | 03/02/2016 | BAK | Correspondence | Multiple correspondence with creditors regarding payment issues | 395.00 | 0.3 | 118.50 |
| B110 | 03/07/2016 | BAK | Correspondence | Reviewing and revising statements and schedules and correspondence with E.Chiaramonte regarding same | 395.00 | 0.7 | 276.50 |

| | Date | Atty | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| B110 | 03/08/2016 | BAK | Correspondence | Review of documents and correspondence with E.Chiaramonte regarding questions on statements and schedules and making revisions to same | 395.00 | 0.5 | 197.50 |
| B140 | 03/08/2016 | BAK | Correspondence | Telephone conference with G.Coker surrounding adequate protection | 395.00 | 0.3 | 118.50 |
| B140 | 03/09/2016 | BAK | Correspondence | Multiple correspondence with R.Rangel, E.Chiaramonte and G.Coker regarding information for Mid-South and adequate protection issues | 395.00 | 0.5 | 197.50 |
| B140 | 03/10/2016 | BAK | Correspondence | Multiple correspondence in case with client regarding adequate protection | 395.00 | 0.3 | 118.50 |
| B140 | 03/11/2016 | BAK | Correspondence | Correspondence with G.Coker regarding adequate protection | 395.00 | 0.2 | 79.00 |
| B110 | 03/14/2016 | BAK | Correspondence | Making revisions to statements and schedules based on information from client and correspondence with M.Crosby regarding same | 395.00 | 0.3 | 118.50 |
| B150 | 03/15/2016 | BAK | Correspondence | Multiple correspondence with creditors in the case | 395.00 | 0.3 | 118.50 |
| B150 B140 | 03/18/2016 | BAK | Correspondence | Reviewing creditor correspondence and conference call with client regarding same (.7); multiple correspondence with counsel for sba regarding adequate protection (.3); multiple correspondence with counsel for Mid-south regarding case issues (.3); reviewing draft of motion for adequate protection and multiple correspondence with client regarding same (.5) | 395.00 | 1.8 | 711.00 |
| B110 | 03/19/2016 | SAQ | File & Serve Pleadings | File and serve February 2016 monthly operating report. | 325.00 | 0.3 | 97.50 |
| B110 | 03/19/2016 | SAQ | Case Maintenance | Locating and updating mailing addresses for creditor matrix. | 325.00 | 3.0 | 975.00 |
| B110 | 03/21/2016 | BAK | Correspondence | Telephone conference with S.Quadros regarding obtaining updating addresses for notice purposes | 395.00 | 0.3 | 118.50 |
| B140 B110 | 03/21/2016 | BAK | Correspondence | Multiple correspondence and calls with counsel for Mid-South and client regarding adequate protection issues (.6); reviewing revised motion for adequate protection and drafting response with comments to same (.3); multiple correspondence with counsel for CDC regarding status of case and appraisal (.2) | 395.00 | 1.1 | 434.50 |
| B110 | 03/21/2016 | SAQ | Case Maintenance | Locating and updating mailing addresses for creditor matrix. | 325.00 | 2.8 | 910.00 |
| B140 | 03/22/2016 | BAK | Correspondence | Correspondence with counsel for Mid South and client regarding adequate protection issues (.3); correspondence with counsel for sba regarding adequate protection (.2) | 395.00 | 0.5 | 197.50 |

| | Date | Atty | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| B140 | 03/23/2016 | BAK | Correspondence | Multiple correspondence with client regarding adequate protection and review revised motions and order and multiple e-mails with counsel for Mid-South regarding same (.6); Multiple correspondence with client and counsel for SBA regarding same (.2) | 395.00 | 0.8 | 316.00 |
| B130 | 03/23/2016 | BAK | Correspondence | Correspondence with potential acquirer of assets | 395.00 | 0.2 | 79.00 |
| B110 | 03/24/2016 | BAK | Correspondence | Telephone conference with S.Shurn regarding status of case and negotiations with SBA and multiple correspondence with R.Rangel and E.Chiaramonte regarding same | 395.00 | 0.3 | 118.50 |
| B110 | 03/25/2016 | MC | Case Maintenance | Update global creditor matrix. Correspondence to B. Kilmer and S. Quadros in connection therewith. | 350.00 | 0.9 | 315.00 |
| B110 | 03/25/2016 | MC | Draft Pleadings | Revise schedules A&B, D, E&F, and G. Correspondence with client regarding same. | 350.00 | 0.9 | 315.00 |
| B140 | 03/29/2016 | BAK | Draft Pleadings | Draft motion for adequate protection and multiple correspondence with counsel for SBA and client regarding same | 395.00 | 1.5 | 592.50 |
| B140 | 03/30/2016 | BAK | Correspondence | Multiple correspondence and calls with SBA and client regarding adequate protection issues and reviewing comments to draft motion from SBA | 395.00 | 0.7 | 276.50 |
| B110 | 03/31/2016 | BAK | Correspondence | Numerous correspondence with E.Chiaramonte and S.Quadros regarding updated creditor matrix | 395.00 | 0.4 | 158.00 |
| B140 | 03/31/2016 | BAK | Correspondence | Finalize motion for adequate protection and correspondence with S.Quadros regarding filing of same | 395.00 | 0.4 | 158.00 |
| | | | | Totals: | | 38.4 | $14,569.00 |

| | |
|---|---:|
| Time Entry Sub-Total: | 14,569.00 |
| **Sub-Total:** | 14,569.00 |
| **Total:** | 14,569.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$14,569.00** |