UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
Region 7
_____ DIVISION

CASE NAME: NOVA Directional, Inc.

Petition Date: 12/16/15

CASE NUMBER: 15-36663

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH MAY YEAR 2016

| MONTH | May 2016 | | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 164,104 | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 6,734 | | | | | | |
| NET INCOME (LOSS) (MOR-6) | (36,365) | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 1,500 | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 247,902 | | | | | | |

***The original of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| | | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | **Yes** | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** | No |
| Have any pre-petition liabilities been paid? | **Yes** | No   If so, describe |
| Some pre-petition wage, vendor and tax claims have been paid. | | |
| Are all funds received being deposited into DIP bank accounts? | **Yes** | No |
| Were any assets disposed of outside the normal course of business? | **Yes** | No |
| If so, describe  Yes, Sale of one laptop computer, fully depreciated, No book value | | |
| Are all U. S. Trustee Quarterly Fee Payments current? | **Yes** | No |
| What is the status of your Plan of Reorganization? | | |
| Final draft being reviewed | | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE President

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| CASUALTY YES( ) NO( ) | |
| LIABILITY YES( ) NO( ) | |
| VEHICLE YES( ) NO( ) | |
| WORKER'S YES( ) NO( ) | |
| OTHER _____ YES( ) NO( ) | 1-3-17 |

ATTORNEY NAME: Brian Kilmer
FIRM: Kilmer, Crosby & Walker
ADDRESS: 5100 Westheimer, 2nd Flr
ADDRESS:
CITY, STATE ZIP: Houston, TX 77056
TELEPHONE:

MOR-1

CASE NAME: NOVA Directional, Inc

CASE NUMBER: 15-36563

# COMPARATIVE BALANCE SHEETS

| | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | Dec 16, 2015 | Dec 31, 2015 | Jan 31, 2016 | Feb 29, 2016 | Mar 31, 2016 | Apr 30, 2016 | May 31, 2016 |
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash | 1,655,307 | 1,621,696 | 1,258,252 | 1,293,923 | 1,174,093 | 942,647 | 847,654 |
| Accounts Receivable, Net | 485,163 | 478,560 | 553,571 | 381,204 | 535,333 | 681,297 | 726,340 |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 226,006 | 163,949 | 175,103 | 165,411 | 186,727 | 170,082 | 152,483 |
| Investments | | | | | | | |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | 2,366,477 | 2,264,205 | 1,986,926 | 1,840,538 | 1,896,153 | 1,794,026 | 1,726,477 |
| PROPERTY, PLANT&EQUIP. @ COST | 6,327,083 | | | | | | |
| Less Accumulated Depreciation | -3,227,225 | | | | | | |
| NET BOOK VALUE OF PP & E | 3,099,857 | | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | 5,466,335 | | | | | | |

MOR-2

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: NOVA Directional, Inc

CASE NUMBER: 15-36563

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/16/15 | MONTH December 2015 | MONTH January 2016 | MONTH February 2016 | MONTH March 2016 | MONTH April 2016 | MONTH May 2016 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 1,074,893 | 688,961 | 718,932 | 822,643 | 760,295 | 118,905 |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 3,934,401 | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 200,000 | | | | | | |
| Other | 500,307 | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | 289,942 | | | | | | |
| **TOTAL LIABILITIES** | 4,924,769 | | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | -20 | -20 | -20 | -20 | -20 | -20 | -20 |
| COMMON STOCK | 537 | 537 | 537 | 537 | 537 | 537 | 537 |
| ADDITIONAL PAID-IN CAPITAL | -160,399 | -160,399 | -160,399 | -160,399 | -160,399 | -160,399 | -160,399 |
| RETAINED EARNINGS: Filing Date | 701,448 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 1,178,126 | 299,542 | 183,297 | 108,067 | 74,293 | 37,928 |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | 541,567 | 316,796 | 139,660 | 23,415 | -51,815 | -85,589 | -121,954 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 5,466,335 | 5,326,091 | 5,010,840 | 4,826,479 | 4,842,018 | 4,701,918 | 4,596,398 |

MOR-3

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: NOVA Directional, Inc.

CASE NUMBER: 15-36563

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| | December 2015 | January 2016 | February 2016 | March 2016 | April 2016 | May 2016 |
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | 711 | | | | | |
| Ad Valorem Taxes | 118,984 | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 119,695 | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | 5,001 | 6,668 | 8,335 | 10,002 | 11,669 | 13,336 |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. A/P Other | 510,197 | 248,961 | 270,597 | 372,641 | 308,626 | 277,383 |
| 2. Shareholder Loans | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 |
| 3. Lost in Hole Reserve | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | 1,074,893 | 688,961 | 718,932 | 822,643 | 760,295 | 730,719 |

\* Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: NOVA Directional, Inc.

CASE NUMBER: 15-36563

## AGING OF POST-PETITION LIABILITIES
MONTH May 2016

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 118,905 | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | | | | | | |
| TOTAL | 118,905 | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | May 2016 | |
|---|---|---|
| 0-30 DAYS | 393,811 | |
| 31-60 DAYS | 14,156 | |
| 61-90 DAYS | 67,566 | $387,357 of A/R is now in doubt. |
| 91+ DAYS | 249,796 | Major portion owed by customer has filed Chapter 11. |
| TOTAL | 725,329 | |

MOR-5

CASE NAME: NOVA Directional, Inc.

CASE NUMBER: 15-36563

# STATEMENT OF INCOME (LOSS)

| MONTH | May 2016 | FILING TO DATE |
|---|---|---|
| REVENUES (MOR-1) | 164,104 | 779,544 |
| TOTAL COST OF REVENUES | 109,895 | 744,585 |
| GROSS PROFIT | 54,208 | 34,959 |
| OPERATING EXPENSES: | | |
| Selling & Marketing | 11,241 | |
| General & Administrative | 20,164 | |
| Insiders Compensation | 1,500 | |
| Professional Fees | 14,569 | |
| Other (attach list) | | |
| TOTAL OPERATING EXPENSES | 47,474 | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 6,735 | |
| INTEREST EXPENSE | 16,894 | |
| DEPRECIATION | 37,972 | |
| OTHER (INCOME) EXPENSE* | (11,766) | |
| OTHER ITEMS** | | |
| TOTAL INT, DEPR & OTHER ITEMS | 43,100 | |
| NET INCOME BEFORE TAXES | (36,365) | |
| FEDERAL INCOME TAXES | | |
| NET INCOME (LOSS) (MOR-1) | (36,365) | |

*Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised 6/14/96

CASE NAME: NOVA Directional, Inc.

CASE NUMBER: 15-36563

## CASH RECEIPTS AND DISBURSEMENTS

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 942,647 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 120,072 | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | 32,837 | | | | | | |
| TOTAL RECEIPTS | 152,909 | | | | | | |
| (Withdrawal)/Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 56,542 | | | | | | |
| 8. PAYROLL TAXES PAID | 3,599 | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | 7,247 | | | | | | |
| 10. SECURED / RENTAL / LEASES | 144,222 | | | | | | |
| 11. UTILITIES | | | | | | | |
| 12. INSURANCE | 10,510 | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 21,091 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 4,691 | | | | | | |
| 18. OTHER (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 247,902 | | | | | | |
| 22. NET CASH FLOW | -94,993 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 847,654 | | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6/14/96

CASE NAME: NOVA Directional, Inc.

CASE NUMBER: 15-36563

## CASH ACCOUNT RECONCILIATION
### MONTH OF May 2016

| | | | | | |
|---|---|---|---|---|---|
| BANK NAME | Wells Fargo | | | | |
| ACCOUNT NUMBER | *7929 | * | * | # | |
| ACCOUNT TYPE | OPERATING | SAVINGS | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 852,561 | | | | 852,561 |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | 4,907 | | | | 4,907 |
| ADJUSTED BANK BALANCE | 847,654 | | | | 847,654 |
| BEGINNING CASH - PER BOOKS | 942,647 | | | | 942,647 |
| RECEIPTS | 152,909 | | | | 152,918 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION-BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 247,902 | | | | 247,911 |
| ENDING CASH - PER BOOKS | 847,654 | | | | 847,654 |

MOR-8

Revised 6/14/96

CASE NAME: NOVA Directional, Inc.　　　　CASE NUMBER: 15-36563

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Edward Chiaramonte | 7,920 | 15,860 | 8670 | 1500 | 1500 | 1500 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Rafael Rangel | | | 7,950 | | | |
| 2. Patti May | | | | 2,768 | | |
| 3. Kilmer, Crosby & Walker, PLLC | | | | | 14,569 | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

MOR-9　　　　　　　　　　　　　　　　　　　　　　　　　　Revised 6/14/9