

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
01/04/2017

RE:                                              CASE NO.  15-36563

**NOVA DIRECTIONAL, INC.**

                                                 **(Chapter 11)**

   **Debtor**

---

## ORDER

A plan in this Chapter 11 case was confirmed.

You are hereby **ORDERED** pursuant to 11 U.S.C. 1106(a)(7) to complete, date and sign the attached Post-Confirmation Certificate, following the instructions therein, and file same with the Clerk of the Court within ten (10) days after receipt of the order, so that the Clerk may officially report to the Administrative Office of the U.S. Courts with respect to the information contained therein.

**SIGNED this** _4 Th_ **day of January, 2017.**

**JEFF BOHM**
**U.S. BANKRUPTCY JUDGE**